THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHIRLENE CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3-05-0194 |
| v. ) | JUDGE HAYNES |
| ) | |
| SUMNER REGIONAL HEALTH ) | |
| SYSTEMS, INC. AND SUMNER ) | |
| REGIONAL MEDICAL CENTER, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motion for summary judgment (Docket Entry No. 35) is **GRANTED**. This action is **DISMISSED with prejudice**. Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 25th day of September, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge